# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RETRO METRO, LLC., et al.**                                                                 **PLAINTIFFS**

**VS.**                                                                   **CAUSE NO.: 3:23-CV-592-TSL-MTP**

**CITY OF JACKSON, MISSISSIPPI, et al.**                                                      **DEFENDANTS**

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW the City of Jackson and Jones Walker LLP and respectfully request that this Court enter a Stipulated Protective Order with respect to the disclosure of certain information. In support of the Motion, these parties state as follows:

1. These parties recognize that Jones Walker LLP either has produced or is preparing to produce materials that they believe to contain confidential information, proprietary business information, or other commercially sensitive information.

2. The parties have therefor agreed to the Stipulated Protective Order which will be provided to the Court via e-mail on August 29, 2024.

WHEREFORE, these parties respectfully request that the Court enter the Stipulated Protective Order.

This the 29th day of August, 2024.

                                              Respectfully submitted,

                                              **CITY OF JACKSON, MISSISSIPPI**

                                              By: */s/ Drew M. Martin*
                                                   Drew M. Martin, MSB #101045

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779

#102558238v2

Jackson, Mississippi 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756
dmartin@city.jackson.ms.us

/s/ *Kaytie M. Pickett*
Kaytie M. Pickett, MSB #103202
Jones Walker LLP
3100 North State Street, Suite 300
Jackson, Mississippi 39216
Telephone: 601-949-4900
Facsimile: 601-949-4804
kpickett@joneswalker.com

*Counsel for Jones Walker LLP*

#102558238v2

Case 3:23-cv-00592-TSL-MTP   Document 127   Filed 08/29/24   Page 3 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing document with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This the 29th day of August, 2024.

*/s/ Kaytie M. Pickett*
KAYTIE M. PICKETT

3

#102558238v2